IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60389
Summary Calendar

_____

GHEORGHE DUMBRAVEANU,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
USDC No. A70 569 803
- - - - - - - - - - -
March 20, 1996
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judge.

PER CURIAM:[*]

Gheorghe Dumbraveanu petitions this court to review the decision of the Board of Immigration Appeals (BIA) denying his applications for asylum and withholding of deportation. Mr. Dumbraveanu argues that he was denied due process because a Board of Immigration Appeals transmittal letter he received indicates that the Immigration Judge who decided his case also sat on the panel who ruled on his appeal. A review of the supplemental record reveals that Mr. Dumbraveanu's impression is erroneous;

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the Immigration Judge before whom he appeared for his asylum hearing was not a member of the panel who decided the appeal.

Mr. Dumbraveanu also contends that he established a well-founded fear of persecution based on his political opinion.  We have reviewed the record, the BIA's decision, and the briefs and determine that the evidence does not compel reversal of the BIA's determination.  Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.